UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:06 CR 005 RL |
| | ) | |
| DAVID SUBIL | ) | 18 U.S.C. § 1342 |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

1) In or about November 2002, in the Northern District of Indiana,

**DAVID SUBIL,**

defendant herein, for the purpose of conducting by means of the Postal Service a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, used and assumed a fictitious and false name and address;

2) It was an object and purpose of the scheme and artifice to fraudulently obtain property by passing counterfeit checks using fictional business names and aliases;

All in violation of Title 18, United States Code, Section 1342.

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   S/ Thomas L. Kirsch II
      Thomas L. Kirsch II
      Assistant United States Attorney